UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA


IN THE MATTER OF:  ROBERT LANCE and VICKIE LYNN ROBERSON
CASE NUMBER:  04-08141-8-RDD


REPORT ON UNCLAIMED DIVIDENDS

    The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the court,

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| AUTO PORTFOLIO SERVICES INC<br>PO BOX 4097<br>GREENWOOD VILLAGE, CO 80155 | 24.88 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful; WHEREFORE, the undersigned Trustee desires to pay into the court said unclaimed dividends pursuant to 11USC 347


DATED: April 1, 2010

                                                     S/ ROBERT R BROWNING
                                                      CHAPTER 13 TRUSTEE